**Velma Ree GOODIN–THORPE,
Plaintiff–Appellant,**

v.

**INVACARE CORPORATION,
Defendant–Appellee.**

No. 00–4442.

United States Court of Appeals,
Sixth Circuit.

June 27, 2002.

Before GUY and BATCHELDER,
Circuit Judges; and WALTER, District
Judge.*

PER CURIAM.

Appellant Velma Ree Goodin–Thorpe
filed this action pursuant to Title VII of
the Civil Rights Act of 1964, the Four-
teenth Amendment, and the Ohio Revised
Code against her employer Invacare Cor-
poration claiming discrimination in em-
ployment for failure to promote based on
her race, gender, and age. Invacare
moved for summary judgment under Fed-
eral Rule of Civil Procedure 56. The dis-
trict court issued a Memorandum of Opin-
ion and Order granting the Rule 56 motion
because Goodin–Thorpe did not state a
prima facie case of either: (1) failure to
promote based on race, gender, or age; or
(2) disparate treatment with regard to

terms and conditions of employment.
Goodin–Thorpe appeals.

We have carefully reviewed the record,
the applicable law, and the parties' briefs,
and we find that the district court's opinion
carefully and correctly sets out the law
governing the issues raised and clearly
articulates the reasons underlying its deci-
sion to grant summary judgment. We fur-
ther find that the issuance of a full written
opinion by this Court would serve no use-
ful purpose. Accordingly, for the reasons
stated in the district court's opinion, we
AFFIRM the judgment.